# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIGMAPHARM, INC., <br>     Plaintiff, <br> v. <br><br> MUTUAL PHARMACEUTICAL <br> COMPANY, INC., *et al.*, <br>     Defendants. | CIVIL NO. 10-430 |

## ORDER

**AND NOW**, this 2nd day of March 2011, upon consideration of a Motion to Dismiss Counts I through III by Defendant King Pharmaceuticals, Inc. [doc. no. 40] and a Motion to Dismiss all Counts by Defendants Mutual Pharmaceuticals Company, Inc. and United Research Laboratories, Inc.[doc. no. 41 ]; Plaintiff's Responses in Opposition thereto [doc. nos. 42 & 43]; and Defendants Replies in Support [doc. nos. 49 & 51]; and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

    1.    Count I is **DISMISSED without prejudice** for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and

    2.    The remaining claims, Counts II, III and IV, are **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1367(c)(3).

    3.    Defendants' Motion to Stay Discovery [doc. no. 44] and Plaintiff's Motion to Compel Discovery [doc. no. 57] are **DISMISSED as moot.**

    It is so **ORDERED**.

                                            **BY THE COURT:**

                                            **/s/ Cynthia M. Rufe** <br>
                                            **CYNTHIA M. RUFE, J.**