UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 11-1734

SIGMAPHARM, INC.,
Appellant

v.

MUTUAL PHARMACEUTICAL COMPANY, INC.;
UNITED RESEARCH LABORATORIES, INC.;
KING PHARMACEUTICALS, INC.

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2-10-cv-00430)
District Judge: Honorable Cynthia M. Rufe

FILED

JAN - 3 2012

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Argued November 17, 2011

Before: RENDELL, AMBRO and NYGAARD, Circuit Judges

JUDGMENT

This cause came to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on November 17, 2011. On consideration whereof, it is now here

ORDERED and ADJUDGED by this Court that the Order of the District Court entered on March 3, 2011, be and the same is hereby AFFIRMED. All of the above in

accordance with the opinion of this Court. Costs taxed against the Appellant.

ATTEST:

<u>Marcia M. Waldron,</u>
Clerk

Dated: December 12, 2011

Certified as a true copy and issued in lieu
of a formal mandate on   1/3/12

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**